**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC., <br> 2 Bethesda Metro Center, 10th Floor <br> Bethesda, Maryland 20814, <br><br> and <br><br> COSTAR GROUP, INC., <br> 2 Bethesda Metro Center, 10th Floor <br> Bethesda, Maryland 20814, <br><br>      Plaintiffs, <br><br> v. <br><br> DAVID ARFFA, <br> 6050 N. Oracle Road, Suite B <br> Tucson, AZ 85704, <br><br> and <br><br> ROBIN MEISSNER <br> 12355 N. Insun Street <br> Marana, AZ 85635 <br><br>      Defendants. | Civil Action No. 8:08-cv-2766-DKC |

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[   ] I certify, as party/counsel in this case that

                                           (name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association,

partnership or other business entity, not a party to the case, has a financial interest in the outcome of

this litigation as defined in Local Rule 103.3 (D. Md.)

[ X ] The following corporate affiliations exist with CoSTAR Group, Inc.:

    CoSTAR Realty Information Group, Inc. is a wholly-owned subsidiary of CoSTAR Group, Inc.

[ X ] The following corporations, unincorporated associations, partnerships or other business

entities which are not parties may have a financial interest in the outcome of this litigation:

U.S. District Court (6/13/2003) Disclosure of Corporate Interest

Based on the most recent information available to CoSTAR Group, Inc., the following entities own 10% or more of CoSTAR Group Inc.'s stock: Morgan Stanley, FMR Corporation, and Janus Capital Management LLC.

Dated: October 21, 2008

Respectfully submitted,

_____/s/_____
Shari Ross Lahlou, Bar. No. 16570
William J. Sauers, Bar No. 17355
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: slahlou@crowell.com
          wsauers@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*