IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC. and COSTAR GROUP, INC., <br><br> Plaintiffs, <br> v. <br><br> DAVID ARFFA and ROBIN MEISSNER, <br><br> Defendants. | Civil Action No. 8:08-CV-02766 <br><br><br> (Honorable Deborah K. Chasanow) |

## NOTICE OF APPEARANCE

TO Clerk of this Court and parties of record:

Please take notice that Olabisi Onisile enters her appearance for Defendant, Robin Meissner, in the above captioned case.

Please note the following contact information for Ms. Onisile:

<u>Address for U.S. Mail</u>
Olabisi Onisile
1928 E. Highland Ave.
Ste. F104-472
Phoenix, AZ 85016

<u>Address for Overnight Mail and Hand Delivery</u>
Olabisi Onisile
3106 N. 16th Street
Phoenix, AZ 85016

RESPECTFULLY submitted this 2nd day of December 2008.

                                                              **ONISILE LAW FIRM, P.L.L.C.**

                                                              /s/
                                                              Olabisi Onisile, Bar No. 016152
                                                              1928 E. Highland Ave., Suite F104-472
                                                              Phoenix, Arizona 85016
                                                              Tel: (602) 751-0052 / Fax: (602) 445-4967
                                                              Email: olabisi@onisilelaw.com
                                                              *(Attorney for Defendant Robin Meissner)*

## CERTIFICATE OF SERVICE

I hereby certify that service required by Fed.R.Civ.P. 5 was made, and that a true copy of the above document was served upon the attorneys of record by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on December 2, 2008:

William J. Sauers
Shari Lahlou
Crowell and Moring, LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004

**ONISILE LAW FIRM, P.L.L.C.**

/s/
_____
Olabisi Onisile, MD Bar No. 16152
1928 E. Highland Ave., Suite F104-472
Phoenix, Arizona 85016
Tel: (602) 751-0052 / Fax: (602) 445-4967
Email: olabisi@Onisilelaw.com
(*Attorney for Defendant Robin Meissner*)