**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC., and COSTAR GROUP, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>DAVID ARFFA, and ROBIN MEISSNER<br><br>        Defendants. | Civil Action No. 8:08-cv-2766-DKC |

**UNCONTESTED MOTION FOR EXTENSION OF TIME
FOR DEFENDANT DAVID ARFFA TO ANSWER COMPLAINT**

Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc. (collectively, "CoStar") and Defendant David Arffa move this Court to enter an Order enlarging the time within which Defendant David Arffa must respond to CoStar's complaint, through and including December 16, 2008. As grounds therefore the parties state that they are currently engaged in settlement discussions, and that the parties have made substantial progress in those discussions. The parties believe that further negotiations may lead to a settlement of this case, which would relieve the Court and the parties of the burden and expense of litigating this matter. This Court has the authority to grant the relief requested herein pursuant to Rule 6(b), Fed. R. Civ. P. Pursuant to Local Rule 105.9, the undersigned counsel for CoStar represent that they have obtained the consent of counsel for Defendant David Arffa to file this motion.

Dated:  December 8, 2008 Respectfully submitted,

_____/s/_____
Shari Ross Lahlou, Bar. No. 16570
William J. Sauers, Bar No. 17355
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116
Email: slahlou@crowell.com
          wsauers@crowell.com

*Attorneys for Plaintiffs CoStar Realty*
*Information, Inc. and CoStar Group, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on December 8, 2008:

    Olabisi A Onisile
    Onisile Law Firm PLLC
    1928 E Highland Ave Ste F104-472
    Phoenix , AZ 85016
    Telephone: (602) 751-0052
    Fax: (602) 445-4967
    Email: bisi@onisilelaw.com

    *Attorney for Defendant Robin Meissner*

I further certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was sent to the following via electronic mail and first class mail on December 8, 2008:

    S. Jay Calhoun
    The Law Offices of Donald W. Hudspeth, P.C.
    3030 N. Central Ave., Suite 604
    Phoenix, AZ 85012
    Telephone: (602) 265-7997
    Email: jay@azbuslaw.com

    /s/
    William J. Sauers, Bar No. 17355
    CROWELL & MORING LLP
    1001 Pennsylvania Avenue, NW
    Washington, D.C. 20004-2595
    Telephone: (202) 624-2500
    Facsimile: (202) 628-5116
    Email: wsauers@crowell.com

    *Attorneys for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*