AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

CoStar Realty Information, Inc., et al.
Plaintiff
V.
David Arffa, et al.
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: DKC 08-CV-2766

TO: (Name and address of Defendant)

David Arffa
6050 N. Oracle Road, Suite B
Tucson, AZ 85704

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Shari Ross Lahlou**
Crowell and Moring LLP
1001 Pennsylvania Ave NW
Washington, DC 20004

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon                                                10/29/08
CLERK                                                            DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint* was made by me⁽¹⁾ | NOVEMBER 12, 2008 |
| NAME OF SERVER (PRINT)<br>Bernd Schulz | TITLE<br>Pima County Process Server #83 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 6050 N. Oracle Road Suite B
   Tucson AZ 85704

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/14/08
                  Date                    *Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
*Address of Server*

\* Exhibit A

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.