AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

CoStar Realty Information, Inc., et al.
   Plaintiff
    V.
David Arffa, et al.
   Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: DKC 08-CV-2766

TO: (Name and address of Defendant)

Robin Meissner
12355 N. Insun Street
Marana, AZ 85653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Shari Ross Lahlou**
Crowell and Moring LLP
1001 Pennsylvania Ave NW
Washington, DC 20004

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Felicia C. Cannon            10/29/08
CLERK                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) [MD Rev. 02/2001] Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | NOVEMBER 13, 2008 |
| NAME OF SERVER (PRINT) Bernd Schulz | TITLE Pima County Process Server #83 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: __JOSEPH YATES, CO-OCCUPANT__

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __11/14/08__    *[signature]*
              Date            Signature of Server

Address of Server: Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009

\* Exhibit A

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.