IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC., et al., | |
| Plaintiffs, | Civil Action No. 8:08-CV-02766 |
| v. | Filed October 20, 2008 |
| DAVID ARFFA, et al. | |
| Defendants. | |

## FINAL ORDER AND JUDGMENT

Pursuant to the stipulation of Plaintiffs and Defendant., it is hereby ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc. (collectively, "CoStar") and Defendant David Arffa have agreed to a settlement of the above-captioned case in its entirety by executing a Settlement Agreement.

2. Based on such Settlement Agreement, Plaintiffs have agreed to a dismissal of their claims with prejudice.

3. This Court shall retain jurisdiction over this action for the purpose of enforcing the Settlement Agreement and resolving any disputes relating thereto.

IT IS SO ORDERED.

_____
United States District Judge

Stipulated and Agreed To:

_____
*Counsel for Plaintiffs CoStar Realty Information, Inc.
and CoStar Group, Inc.*


_____
*Counsel for Defendant David Arffa*

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon following by electronically filing the document with the Clerk of Court using the CM/ECF system on January 13, 2009:

Olabisi A Onisile
Onisile Law Firm PLLC
1928 E Highland Ave Ste F104-472
Phoenix , AZ 85016
Phone: 16027510052
Fax: 16024454967
bisi@onisilelaw.com

*Counsel for Defendant Robin Meissner*

I further certify that the above document was sent to the following via United States Mail and electronic mail on January 13, 2009.

S. Jay Calhoun
The Law Offices of Donald W. Hudspeth, P.C.
3030 N. Central Ave.
Suite 604
Phoenix, AZ 85012
Phone: 602/265-7997
jay@azbuslaw.com

*Counsel for Defendant David Arffa*

/s/
William J. Sauers, Bar No. 17355
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: wsauers@crowell.com

*Counsel for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*