# UNITED STATES DISTRICT COURT
# DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**　　　　　　　　　　　　6500 Cherrywood Lane
UNITED STATES DISTRICT JUDGE　　　　　　　　　Greenbelt, MD  20770
　　　　　　　　　　　　　　　　　　　　　　　　　(301) 344-0634

January 13, 2009

TO:　Counsel

RE:　CoStar Realty Information, Inc., et al. V. David Arffa, et al.
　　　Civil Action No. DKC 2008-2766

Dear Counsel:

　　A document purporting to be a stipulation of dismissal was filed by plaintiff.  Although the stipulation appears to be signed by counsel, and not by the defendant himself, no attorney has entered an appearance on his behalf.  Please consult the procedures manual to determine how to file a document with multiple signatures.

　　Furthermore, the court will not approve and enter a settlement agreement as a judgment without being apprised of the nature of the settlement, and the terms the court is being asked to enforce, and why it is necessary to incorporate the settlement in a judgment.

　　Despite the informal nature of this letter it constitutes an Order of the Court and the clerk is instructed to docket it as such.

　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　DEBORAH K. CHASANOW
　　　　　　　　　　　　　　　　　　United States District Judge