# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

COSTAR REALTY INFORMATION, INC., and COSTAR GROUP, INC.,

    Plaintiffs,

v.

DAVID ARFFA and ROBIN MEISSNER,

    Defendants.

Civil Action No. 8:08-cv-2766-DKC

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc. hereby voluntarily dismiss their claims against Defendant David Arffa with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), because the parties have come to a settlement agreement regarding the matter.[1] This notice of dismissal complies with Rule 41(a)(1)(A)(i) because Mr. Arffa has not answered the complaint.

Dated:  January 14, 2009

Respectfully submitted,

Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc.,

By their attorneys

/s/
Shari Ross Lahlou, Bar. No. 16570
William J. Sauers, Bar No. 17355

---

[1] Defendant David Arffa is represented by S. Jay Calhoun (The Law Offices of Donald W. Hudspeth, P.C., 3030 N. Central Ave., Suite 604, Phoenix, AZ 85012, 602.265.7997) in connection with this matter, including in the negotiations leading up to the parties' settlement agreement. Ms. Calhoun has not entered an appearance in this case.

                                          Crowell & Moring LLP
                                          1001 Pennsylvania Avenue, N.W.
                                          Washington, D.C. 20004
                                          Telephone: (202) 624-2500
                                          Facsimile:  (202) 628-5116
                                          Email:  slahlou@crowell.com
                                                            wsauers@crowell.com

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the following by electronically filing the document with the Clerk of Court using the CM/ECF system on January 14, 2009:

Olabisi A Onisile
Onisile Law Firm PLLC
1928 E Highland Ave Ste F104-472
Phoenix , AZ 85016
Phone: 16027510052
Fax: 16024454967
bisi@onisilelaw.com
*Counsel for Defendant Robin Meissner*

I further certify that the above document was sent to the following via United States Mail and electronic mail on January 14, 2009.

S. Jay Calhoun
The Law Offices of Donald W. Hudspeth, P.C.
3030 N. Central Ave.
Suite 604
Phoenix, AZ 85012
Phone:  602.265.7997
jay@azbuslaw.com
*Counsel for Defendant David Arffa*

/s/
William J. Sauers, Bar No. 17355
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004-2595
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116
Email: wsauers@crowell.com

*Counsel for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*