IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

COSTAR REALTY
 INFORMATION, INC., et al.    :

   v.                         :    Civil Action No. DKC-08-2766

ROBIN MEISSNER
                              :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 16th day of March, 2009, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion filed by Defendant Robin Meissner to dismiss for Improper Party, Lack of Personal Jurisdiction and Improper Venue (Paper 6) BE, and the same hereby IS, DENIED; and

2. The Clerk will transmit copies of the Memorandum Opinion and Order to Counsel for the parties.

                                      /s/
                              DEBORAH K. CHASANOW
                              United States District Judge