IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC. and COSTAR GROUP, INC., <br><br> Plaintiffs, <br> v. <br><br> DAVID ARFFA and ROBIN MEISSNER, <br><br> Defendants. | Civil Action No. 8:08-CV-02766 <br><br><br> (Honorable Deborah K. Chasanow) |

## CERTIFICATE RULE 103(3)

On behalf of Robin Meissner ("Meissner"), I hereby certify that she is an individual Defendant and does not own or control any corporation with outstanding securities in the hands of the public. Meissner is the Managing Member of Twinkle Appraisals LLC, which may have a financial interest in the outcome of these proceedings. Twinkle Appraisals does not have outstanding securities in the hands of the public.

**ONISILE LAW FIRM, P.L.L.C.**

/s/
Olabisi Onisile, Bar No. 016152
1928 E. Highland Ave., Suite F104-472
Phoenix, Arizona 85016
Tel: (602) 751-0052 / Fax: (602) 445-4967
Email: olabisi@onisilelaw.com
*(Attorney for Defendant Robin Meissner)*

/s/
_____
Timothy W. Romberger
Fed. Bar No. 014408
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20046
(202) 248-5053
(202) 478-0456 Fax

Email: timromberger1@comcast.net
*(Local Counsel for Robin Meissner)*

Date: March 27, 2009