# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC. and COSTAR GROUP, INC., <br><br> Plaintiffs, <br> v. <br><br> DAVID ARFFA and ROBIN MEISSNER, <br><br> Defendants. | Civil Action No. 8:08-CV-02766 <br><br><br> (Honorable Deborah K. Chasanow) |

## JOINT REPORT TO COURT

In accordance with this Court's Scheduling Order, counsel for the filing Defendant herein – Robin Meissner—certifies that the parties have conferred regarding the various issues set forth in the Scheduling Order, and now report as follows:

1. <u>Early ADR</u>: No party is requesting early ADR in this matter;

2. <u>Deposition Hours</u>: The parties are amenable to the proposed limit on deposition hours presently set forth in the Scheduling Order;

3. <u>Proceedings Before Magistrate Judge</u>: There is no unanimous consent to proceed before a United States Magistrate Judge. While the Defendant would agree to such an assignment, the Plaintiffs do not so consent;

4. <u>ESI Conference</u>: Both parties have discussed the possible need for an ESI conference in this matter in accordance with the Court's proposed protocols. At this time, it is the preference of both parties that an ESI conference be postponed until such time as both parties respond to written discovery, and both parties reserve the right to make demand for such a conference upon receipt and review of discovery responses.

1

Counsel for CoStar has requested that this Joint Report to the Court, setting for the positions of both parties, be filed by Defendant Robin Meissner.

**ONISILE LAW FIRM, P.L.L.C.**

/s/
Olabisi Onisile, Bar No. 016152
1928 E. Highland Ave., Suite F104-472
Phoenix, Arizona 85016
Tel: (602) 751-0052 / Fax: (602) 445-4967
Email: olabisi@onisilelaw.com
(*Attorney for Defendant Robin Meissner*)

/s/
_____
Timothy W. Romberger
Fed. Bar No. 014408
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20046
(202) 248-5053
(202) 478-0456 Fax
Email: timromberger1@comcast.net
(*Local Counsel for Robin Meissner*)

Date:  April 6, 2009