## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## GREENBELT DIVISION

COSTAR REALTY INFORMATION and
COSTAR GROUP, INC.,

      Plaintiffs,

v.

DAVID ARFFA and ROBIN MEISSNER

      Defendants.

Case No. 8:08-cv-2766-DKC

## AGREED MOTION FOR PROTECTIVE ORDER

To facilitate discovery in this matter, the parties have agreed to entry of the attached Protective Order, and respectfully request the Court to enter same. Counsel for Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc., has conferred with counsel for Defendant Robin Meissner, who agreed to the filing of this motion.

Dated: May 15, 2009

Respectfully submitted,

_____/s/_____
Shari Ross Lahlou, Bar. No. 16570
William Sauers Bar. No. 17355
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone (202) 624-2500
Facsimile (202) 628-5116
Email  slahlou@crowell.com
       wsauers@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document, with attachments was served upon the attorneys of record by electronically filing the document with the Clerk of Court using the CM/ECF system on May 15, 2009, which sent a Notice of Electronic Filing to the following:

Olabisi A Onisile
Onisile Law Firm PLLC
1928 E Highland Ave Ste F104-472
Phoenix , AZ 85016
602.751.0052
Fax: 602.445.4967
Email: bisi@onisilelaw.com

Timothy William Romberger
Law Offices of Timothy W Romberger
1025 Connecticut Ave NW Ste 1000
Washington , DC 20036
202.248.5053
Fax: 202.478.0456
Email: timromberger1@comcast.net

*Attorneys for Defendant Robin Meissner*

                                                   /s/

William Sauers Bar. No. 17355
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004-2595
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116
Email: wsauers@crowell.com

*Attorneys for Plaintiffs CoStar Realty
Information, Inc., and CoStar Group, Inc.*