IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CoStar Realty Information, Inc., and    *
CoStar Group, Inc.
      vs.                                     *     Case No.    8:08-cv-2766-DKC

Robin Meissner                          *
                                            *******

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for:

I certify that I am admitted to practice in this court.

| June 1, 2009 | _(signature)_ |
|---|---|
| *Date* | *Signature of Counsel* |
| | Sanya Sarich Kerksiek     17636 |
| | *Print Name*           *Bar Number* |
| | Crowell & Moring LLP |
| | *Firm Name* |
| | 1001 Pennsylvania Ave. NW |
| | *Address* |
| | Washington, DC, 20004 |
| | *City/State/Zip* |
| | (202) 624-2500   [Direct: (202) 624-2862] |
| | *Phone No.* |
| | (202) 628-5116 |
| | *Fax No.* |
| | skerksiek@crowell.com |
| | *Email Address* |

U.S. District Court (6/14/2005) Entry of Appearance

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record by electronically filing the document with the Clerk of Court using the CM/ECF system, which caused a Notice of Electronic Filing (NEF) to be sent to the following on June 1, 2009:

Olabisi A Onisile
Onisile Law Firm PLLC
1928 E Highland Ave Ste F104-472
Phoenix , AZ 85016
Tel.: (602) 7510052
Fax: (602) 4454967
Email: bisi@onisilelaw.com


Timothy W. Romberger
1025 Connecticut Ave., NW
Suite 1000
Washington, DC 20036
Tel:  (202) 248-5053
Fax: (202) 478-0456
timromberger1@comcast.net

*Attorneys for Defendant Robin Meissner*


      /s/
Sanya Sarich Kerksiek, Bar No. 17636
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C.  20004-2595
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116
Email: skerksiek@crowell.com

*Attorneys for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*