IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBIN MEISSNER <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 8:08-CV-02766 <br> ) <br> ) Filed October 20, 2008 <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Fed.R.Civ.P. 41, Plaintiffs and the remaining Defendant, Robin Meissner, through their undersigned counsel who are authorized to execute this Stipulation, hereby stipulate and agree that the action against Robin Meissner is to be dismissed, with prejudice, with each of the parties bearing its own attorneys fees and costs.

IT IS SO ORDERED.

_____
United States District Judge

Stipulated and Agreed To:

_____
*Counsel for Plaintiffs CoStar Realty Information, Inc. and CoStar Group, Inc.*



_Counsel for Defendant Robin Meizner_

# CERTIFICATE OF SERVICE

I hereby certify that service required by Fed. R. Civ. P. 5 was made, and that a true copy of the above document was served upon the attorneys of record by electronically filing the document with the Clerk of Court using the CM/ECF system on June 15, 2009, which sent a Notice of Electronic Filing to the following:

> Olabisi A Onisile
> Onisile Law Firm PLLC
> 1928 E Highland Ave Ste F104-472
> Phoenix , AZ 85016
> 602.751.0052
> Fax: 602.445.4967
> Email: bisi@onisilelaw.com
>
> Timothy William Romberger
> Law Offices of Timothy W Romberger
> 1025 Connecticut Ave NW Ste 1000
> Washington , DC 20036
> 202.248.5053
> Fax: 202.478.0456
> Email: timromberger1@comcast.net
>
> *Attorneys for Defendant Robin Meissner*

                          /s/

                          William Sauers Bar. No. 17355
                          CROWELL & MORING LLP
                          1001 Pennsylvania Avenue, NW
                          Washington, D.C. 20004-2595
                          Telephone: (202) 624-2500
                          Facsimile: (202) 628-5116
                          Email: wsauers@crowell.com

                          *Attorneys for Plaintiffs CoStar Realty Information, Inc., and CoStar Group, Inc.*